RECEIVED
AUG 1 9 2014
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### _____ DIVISION

REV CALVIN WARREN ITHES. 2:4 )
)
- )
)
- )
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
)
- vs - THE FEDERAL )
GOVERNMENT (EPHE. 2:2- )
SATAN! (A+) AND I JOHN 4:3 - THE SPIRIT )
OF ANTI-CHRIST! (A+) AND I JOHN 2:18 - )
THE MANY ANTI-CHRISTS! AND II COR. 11:14 - )
15 - THE MINISTERS OF SATAN! (A+) AND )
I JOHN 4:5 - THE WORLD AND WICKED, WHICH )
ARE SATAN - EPHE. 2:2! (A+) AND JOHN 10:10 - )
THE THIEF, THAT CAME TO STEAL, KILL )
AND DESTROY! (A+) )
)
PRESIDENT B. OBOMA )
(EPHE. 2:2 - SATAN! & I JOHN 4:3 THE SPIRIT )
OF ANTI- )
(Enter above the full name of ALL Defend- CHRIST! (A+) )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. _____
(To be assigned by Clerk of District Court)

I DEMAND! (A+)
TRIAL
BY JURY! (A+)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

MY (OUR) UNITED STATES CONSTITUTIONAL RIGHTS (RELIGIOUS RIGHTS! (A+) AND RIGHTS TO PRIVACY! (A+) AND RIGHTS OF THE FREEDOM OF THE PRESS! (A+) AND ETC. (A+)) ARE VIOLATED BY THE PRESIDENT OF THE UNITED STATES (B. OBOMA - EPHE. 2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+)) A BEING AND BY THE UNITED STATES FEDERAL GOVERNMENT (EPHE. 2:2 - SATAN! (A+) AND I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+) I JOHN 2:18 - THE MANY ANTI-CHRISTS! AND II COR. 11:14-15 - THE MINISTERS OF SATAN! AND I JOHN 2:19 - THE APOSTATE CHURCH - HYPOCRITIES, THAT ARE FOR ANTI-CHRIST! AND WANT ANTI-CHRIST IN POWER! (A+))
THEY ARE (PREMEDITATED, AGGRAVATED, AND COLDBLOODEDLY
(A+) (TRYING TO MURDER ME! (A+) AND (MY SON (CHILD) REV. EVERETTE WARREN AND (OTHER MEMBERS OF MY MOTHER MRS. MARTHA WILLIAMS, FAMILY)

Case: 4:14-cv-01452-NAB   Doc. #: 1   Filed: 08/20/14   Page: 1 of 4 PageID #: 1

[Margin annotations:]
- (A+) JOHN 2:18 - THE MAN/ANTI-CHRISTS! & PREJUDICE WHITE SHERIFF(S) - EPHE. 2:2 I JOHN 2:18 - THE MANY ANTI-CHRISTS! SATAN! (A+)
- (A+) PREJUDICE WHITE POLICES - I JOHN 2:18 - THE MANY ANTI-CHRISTS! @ EPHE. 2:2 - SATAN!
- BY FIGHTING, BEATING, USING!
- EXTENDED FAMILY!
- (A+)

II.  Plaintiff, REV CALVIN WARREN I THES. 2:4 resides at

205 NORTH NINETH STREET, ST. LOUIS, —,
street address / city / county

MO, 63101, 314-707-3167.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, THE FEDERAL GOVERNMENT (EPHE. 2:2 — SATAN! & I JOHN 4:3 — THE SPIRIT OF ANTI-CHRIST! (A) AND I JOHN 2:18 — THE MANY ANTI-CHRISTS! AND II COR. 11:14-15 — THE MINISTERS OF SATAN! (A) AND I JOHN 4:5 — THE WORLD AND WICKED, WHICH ARE SATAN — EPHE. 2:2! (A)) lives at, or its business is located at

WASHINGTON DC, —, —, —,
street address / city / county

—, —.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

DEFENDANT! — THE PRESIDENT OF THE UNITED STATES (B. OBOMA — EPHE. 2:2 — SATAN! & I JOHN 4:3 — THE SPIRIT OF ANTI-CHRIST! (A))

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

YOU HAVE NOT STOPPED THE RACISM (KU-KLUX-KLANS-BRUTALITY!) (A+) I JOHN 2:18! (A+)

(A+) THE DEFENDANTS ARE (PREMEDITATEDLY) (AGGRAVATEDLY) (COLDBLOODEDLY) (TRYING TO MURDER ME!) (A+) (AND MY CHILD) (SON) REV. EVERETTE WARREN) (AND OTHER MEMBERS OF MY MOTHER MRS. MARTHA WILLIAMS, FAMILY & EXTENDED [FAMILY])! (A+)

(A+) (HERE IN ST. LOUIS, MO AND) (HERE IN AMERICA!) (A+) (OUTSIDE OF AMERICA!) (A+) (SLANDER) (BRUTALITY, ASSAULT & BATTERY)

(A+) (THEY) ARE (BEATING) & (FIGHTING) MY SON (CHILD) (IN HIS OWNED SCHNUCKS APT. THROUGH ME BY INHERITANCE! (A+)) (REV. EVERETTE WARREN) (TRYING TO BEAT MY CHILD (SON) TO DEATH! (A+)

(A+) (USING) (PREJUDICE WHITE & BLACK SHERIFF(S)) (EPHE. 2:2 - SATAN!) (A+) AND I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+) & I JOHN 2:18 - THE MANY ANTI-CHRISTS! (A+)) AND (USING) (PREJUDICE WHITE & BLACK) (A+) (POLICES) - EPHE. 2:2 - SATAN! (A+) AND I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+)

AND (USING) (UNGODLY) (PREJUDICE) (LAW OFFICERS) (EPHE. 2:2 - SATAN! & I JOHN 2:18 - THE MANY ANTI-CHRISTS) & II COR. 11:14-15 - (THE MINISTERS OF SATAN! (A+)) (OF OTHER BRANCH(S))! (A+)

AND (USING) (PREJUDICE WHITE JUDGES) (EPHE. 2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+) & II COR. 11:14-15 (MINISTERS) OF SATAN!) (A+)

AND (USING) (PREJUDICE BLACK JUDGES) (EPHE. 2:2 - SATAN! (A+)

AND (USING) (PREJUDICE LAWYERS) (NOT MY LAWYER)! (A+)

(A+) (THEY) (TRYING TO MURDER US) (BECAUSE) WE ARE SAINTS! & PREACHERS OF THE GOSPEL (TITUS 1:2-3, GAL. 1:15-16, I THES. 2:4, & II COR. 4:3-5 & REV. 20:11-15, REV. 21:8,19,27, & REV. 22:14-16 & I COR. 9:9,11,14 & COL. 1:18 (MATT. 16:18, COL. 3:14, & I JOHN 4:4), EPHE. 4:1-3, 11-12, 17-18-30, & I TIM. 3:7-9 & TITUS 1:7-9 & I PET. 5:1-14, I THES. 4:13-18 & I COR. 15:51-52 & GAL. 6:7! & TITUS 1:2 & JOSHUA 1:5,9 & I COR. 2:16! (A+)

3

TO! THE UNITED NATIONS! (A+)
GAL. 6:7! (A+) WHAT A MAN, WOMAN, CHILD SOWETH, THAT SHALL HE, SHE, THEY ALSO REAP! (A+)

**V.** Relief: State briefly and exactly what you want the Court to do for you.

(A+) I DEMAND! THAT YOU STOP THE RACE-ISM (KU-KLUX PREJUDICE KLANS (BRUTALITY - WHITE SHERIFF(S) (EPHE. 2:2-SATAN! & I JOHN 4:3! (A+))

& PREJUDICE WHITE POLICES (EPHE. 2:2-SATAN! & I JOHN 4:3! (A+))

& UNGODLY BLACK POLICES (EPHES. 2:2-SATAN! & I JOHN 4:3! (A+))

& UNGODLY BLACK SHERIFF(S) (EPHE. 2:2 SATAN! & I JOHN 4:3! (A+))

PREMEDITATED, AGGRAVATED, COLDBLOODED, BEATINGS - FIGHTINGS - (ATTEMPTED MURDER), ASSAULT & BATTERY & SLANDER OF MY SON (CHILD) REV. EVEROTTE WARREN, IN HIS OWNED SCHNUCKS APT. THROUGH ME, BY INHERITANCE! (A+) & IN HIS PAID FOR HOME (HOUSE) LOCATED AT 3869 CONNECTICUT STREET, ST. LOUIS MO. 63116! (A+) NEAR MY PAID FOR HOME (HOUSE) LOCATED AT 3857 CONNECTICUT STREET, ST. LOUIS, MO. 63116! (A+)

**VI. MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

**VII.** Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of AUG., 2014

Rev. Carl Wesley (signature) Ja. 2:4

_____
Signature of Plaintiff(s)

Margin annotations:
- DEATH PENALTY! (A+)
- I DEMAND! THAT YOU PUT ALL DEFENDANTS & ETC. INTO THE FEDERAL PRISON WITHOUT PAROLE
- I DEMAND! 999 HUNDRED MILLION DOLLARS PER SECOND UNTIL THE RAPTURE (ETERNITY)! (A+)

4